UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 3 1 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

C. Joe Schroeder,            )
                             )
        Plaintiff,           )
                             )
v.                           )   Civil Action No. 18-1179 (UNA)
                             )
Carl Towe & Associates *et al.*, )
                             )
        Defendants.          )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a).

Plaintiff is a resident of Philadelphia, Pennsylvania. His lawsuit is captioned: "Civil Suit for Right to be on Ballot for California Governor in Primary Election June 6, 2018 Jungle Primary." Plaintiff has pleaded no facts establishing federal court jurisdiction, let alone

jurisdiction in this court sitting in Washington, D.C.  A separate order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: May 31st, 2018